UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: ) **AMENDED**
**Benjamin Parker Hartsell** ) Case No. **14-50967**
**235 Winding Way** ) Chapter **13**
**Salisbury, NC 28147** )
)
)
)
)
)
)
)
SS# **xxx-xx-1280** )
SS# )
Debtor(s) )

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **August 29, 2014**.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

## I. Plan Payments

The plan proposes a payment of **$2,500.00** per month for a period of **60** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

## II. Administrative Costs

**1. Attorney fees.**

- ■ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $ **1,200.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
- ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

**2. Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

## III. Priority Claims

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

**1. Domestic Support Obligations ("DSO")**

a. ■ None

b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

**2. Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Bost Law Firm** | **$2,500.00** |

## IV. Secured Claims

1. **Real Property Secured Claims**

   a. ☐ None

   b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Helzberg Diamonds/Cap 1 Retail Svcs** | **Wedding jewerly** | **NR** | **Y** | **$625.00** | **$0.00** | **T** |

2. **Personal Property Secured Claims**

   a. ☐ None

   b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Honda Financial Svcs** | **2012 Honda Odyssey Van (over 30,000 miles)** | **$31,300.00** | **N** | **$7,042.00** | **$692.00** | **$692.00** | **5%** |
| **RBS Citizens** | **2015 Honda Pilot (equitable ownership - in Fathers name for credit purposes but Debtor makes pymts)** | **$35,000.00** | **N** | **$8,263.00** | **$650.00** | **$650.00** | **5%** |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. **Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

4. **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** | |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 14-50967    Doc 13    Filed 10/20/14    Page 3 of 6

V.  **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

VI.  **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __**82**__ %.

VII.  **Executory Contracts/Leases**

a.  ■ None

b.  The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c.  The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

VIII.  **Special Provisions**

a.  ☐ None

b.  Other classes of unsecured claims and treatment

c.  Other Special Terms
    **Debtor will pay for 2015 Honda Pilot directly**

Date: **October 20, 2014**

/s/ William V. Bost
**William V. Bost**
Attorney for the Debtor
Address: **207 West Kerr Street**
**Salisbury, NC 28144**
Telephone: **704-637-0312**
State Bar No. **6041**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:

**Benjamin Parker Hartsell**

SS# **xxx-xx-1280**
SS#

Debtor(s)

AMENDED
NOTICE TO CREDITORS
AND
PROPOSED PLAN

Case No. **14-50967**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Bank of America**
**PO Box 15026**
**Wilmington, DE 19850**

**Bank of America**
**PO Box 982235**
**El Paso, TX 79998-2235**

**Best Buy Credit Services**
**PO Box 790441**
**Saint Louis, MO 63179-0441**

**Best Buy/CBNA**
**PO Box 6497**
**Sioux Falls, SD 57117-6497**

**Bost Law Firm**
**207 W Kerr St**
**Salisbury, NC 28144**

**Cap 1/Helzberg's Diamond Shop**
**PO Box 30253**
**Salt Lake City, UT 84130-0253**

**CB Disputes**
**PO Box 108**
**Saint Louis, MO 63166-0108**

**GECRB/Lowe's**
**PO Box 965005**
**Orlando, FL 32896-5005**

**Harley Davidson Credit Corp**
**c/o Law Offices of Ross Gelfand, LLC**
**1265 Minhinette Dr, Ste 150**
**Roswell, GA 30075**

**Harley Davidson Financial**
**4150 Technology Way**

Carson City, NV 89706-2009

**Helzberg Diamonds/Cap 1 Retail Svcs**
PO Box 5893
Carol Stream, IL 60197-5893

**Honda Financial Svcs**
PO Box 49070
Charlotte, NC 28277-9070

**Lowe's/GE Money Bank**
Attn: Bankruptcy Dept
PO Box 103104
Roswell, GA 30076

**RBS Citizens**
PO Box 42002
Providence, RI 02940-2002

**Sallie Mae**
PO Box 9425
Wilkes Barre, PA 18773

**Sallie Mae**
PO Box 9500
Wilkes Barre, PA 18773-9500

**US Bank Harley Davidson Financial Visa**
PO Box 6335
Fargo, ND 58125-6335

Date: **October 20, 2014**         /s/ William V. Bost
                                    William V. Bost